**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION**
**AT ASHLAND**
**CASE NO. 07-37-HRW**

**STANLEY MESSER** **PLAINTIFF**

**VS. PLAINTIFF'S INITIAL RULE FRCP 26(a) (1) DISCLOSURES**

**LIBERTY LIFE INSURANCE COMPANY** **DEFENDANT**

***********************

Comes the Plaintiff, Stanley Messer, by counsel, and for his compliance with the initial disclosures requirements of FRCP 26(a)(1) and states as follows:

## I. INDIVIDIUALS WITH DISCOVERABLE INFORMATION:

1. James A. Dennis, M.D.
2. J.P. Dibeneditto, M.D. MPH
3. F. Patrick Heist, Ph.D.
4. Stanley Messer
5. Roger Mills
6. Vanesse Mills
7. Reverend Jerry Messer
8. All persons listed on the Defendant's initial and Supplemental Rule FRCP 26(a)(1) Documents Disclosure

## II. DOCUMENTS DISCLOSURE

1. All documents listed on the Defendant's I

2. nitial and Supplemental Rule FRCP 26(a)(1) Documents Disclosure. We have previously furnished the reports and CV's of Dr. J.P. Dibeneditto and Dr. James A. Dennis to the General Counsel of the Defendant before suit was filed and thereafter to defense counsel once he filed an Answer and we have sent him the report of F. Patrick Heist, Ph.D of the date we received it together with supplements from Dr. J.P. Dibeneditto and Dr. James A. Dennis.

## III. COMPUTATION OF CATEGORIES OF DAMAGES

The Plaintiff in addition to the damage his Defendant mentions is seeking interest.

**PERRY & MILLER**
**P.O. BOX 900**
**PAINTSVILLE, KY 41240**
**(606) 789-5395**

**BY s/ G.C. Perry, III**

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing has this day been electronically filed and a copy mailed to Hon. Randall S. May, P.O. Drawer 1017, Hazard, KY 41702, on this the 1st day of June, 2007.

**s/ G.C. Perry, III**