# CURRICULUM VITAE

**James A. Dennis, M.D., F.C.A.P.**

## EDUCATIONAL DATA:

| | |
|---|---|
| Residency...................................... 1973-1977 | Anatomic & Clinical Pathology<br>Board Certified<br>Tripler Army Medical Center<br>U.S. Army<br>Honolulu, Hawaii |
| Internship...................................... 1967-1968 | Rotating Medical Internship<br>Medical University of South Carolina<br>Charleston, SC |
| Graduate Education..................... 1963-1967 | M.D. Degree<br>Medical University of South Carolina<br>Charleston, SC |
| Undergraduate Education.......... 1959-1963 | B.S. Degree, Biology<br>College of Charleston<br>Charleston, SC |

## PROFESSIONAL EXPERIENCE:

| | |
|---|---|
| 3/1987 - Present | Laboratory Director & Pathologist<br>Pikeville Methodist Hospital of Ky., Inc.<br>Pikeville, KY |
| 3/1987 - 1988 | Courtesy Staff<br>Central Baptist Hospital<br>Lexington, KY |
| 8/1983 - 3/1987 | Staff Pathologist<br>Gibson General Hospital<br>Princeton, IN |
| 10/1983 - 3/1987 | Staff Pathologist<br>Davis County Hospital<br>Washington, IN |
| 7/1978 - 3/1987 | Staff Pathologist/Laboratory Director<br>Department of Pathology<br>Good Samaritan Hospital<br>Vincennes, IN<br>(also ER Physician - concurrent) |
| 8/1977 - 7/1978 | Staff Pathologist<br>Dewitt Army Hospital<br>Ft. Belvoir, VA |
| 7/1973 - 7/1977 | Medical Staff<br>Tripler Army Medical Center<br>Pathology Resident<br>Honolulu, Hawaii |
| 6/1971 - 7/1973 | Outpatient-General Practitioner<br>Hawaii Permanence Medical Group<br>Maile Clinic<br>Nanakuli, Oahu, Hawaii<br>(also ER Physician - concurrent) |