**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION**
**ASHLAND**

**Civil Action 07-37-HRW**

**STANLEY MESSER,**

**PLAINTIFF,**

**v.** **ORDER**

**LIBERTY LIFE INSURANCE COMPANY,** **DEFENDANT.**

This matter is before the Court upon Defendant's Motion to Obtain Sample [Docket No. 16].

This case arises from an automobile accident in which Plaintiff's Mary Messer wife was killed. Mrs. Messer was driving one of the vehicles involved in the accident. Testing done by the Ohio State Highway Patrol Lab shortly after her death showed Mrs. Messer to have a blood alcohol content of 0.137%, well above the legal limit.

At the time of the accident, Plaintiff was the sole beneficiary of a life insurance policy covering his wife issued by the Defendant. Plaintiff notified Defendant of Mrs. Messer's death and demanded the policy proceeds of $100,000. Defendant denied payment, citing the policy's alcohol exclusion.

Plaintiff then filed the instant civil action, seeking payment of the policy proceeds as well as damages for Defendant's alleged violation of Kentucy's Unfair Claims Settlement Practices Act. Plaintiff claims that the aforementioned test results are invalid because his wife did not drink alcohol.

As Plaintiff has contested the accuracy of the Ohio State Highway Patrol Crime Lab's testing, Defendant is entitled to conduct additional testing of the subject blood sample. As Defendant suggests in its motion, the testing may be conducted by a lab agreed upon by the parties. However, if the parties are unable to agree upon a testing facility, each party has the right to have the sample tested by an expert.

Accordingly, **IT IS HEREBY ORDERED** that Defendant's Motion to Obtain Sample [Docket No. 16] be **SUSTAINED**.

This 8 day of January, 2008.

Henry R. Wilhoit, Jr., Senior Judge