**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION**
**AT ASHLAND**
**CASE NO. 07-37-HRW**

**ELECTRONICALLY FILED**

**STANLEY MESSER** **PLAINTIFF**

**VS. RESPONSE TO MOTION TO EXTEND DISPOSITIVE MOTION DEADLINE**

**LIBERTY LIFE INSURANCE COMPANY** **DEFENDANT**

***************************

Comes the Plaintiff and for his response to the motion to extend dispositive deadline says as follows:

1. He has submitted to the Court and to the adverse counsel many months ago three reports of experts to-wit Dr. Dennis, Dr. Di Beneditto and Dr. Heist. All three of these experts have indicated and cited to medical literature that alcohol can initially be produced in the cadaver even after death and after being drawn does continue to produce and/or produce for first time in the test tube alcohol. The Plaintiff seriously contests the blood specimen here concerned with because of the length of time that it was drawn after death, the other conditions including , the lack of information about how the blood was treated or otherwise preserved. In addition to the standard procedures other means would've needed to be taken, because

blood seldom matches the finding in the urine and fluid drawn from the eye it is the standard procedure to draw all three, which was not done here in order to prove ingested alcohol as well as complying with the other requirements mentioned above. Such was not done here at all.

2. The insurance policy here in question was sold through the mortgage company and was designed to make the mortgage payments or pay off the balance once the insured expired. The Defendant has delayed at every opportunity including every procedure subsequent to filing of this claim, yet has taken no evidence, has taken no discovery in the many months that have elapsed and have not disclosed what they say is the result of a blood chemistry report they have recently done. To extend the date and to move almost the pretrial conference date is unjust and should not be granted. We have previously disclosed that the Plaintiff who is disabled/retired is having difficulty making the mortgage payments while Defendant extends this litigation.

**PERRY & MILLER**
**P.O. BOX 900**
**PAINTSVILLE, KY 41240**
**(606) 789-5395**

**BY /s/ G.C. Perry, III**

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing has this day been electronically filed and a copy mailed to Hon. Randall S. May, P.O. Drawer 1017, Hazard, KY 41702, on this the 2nd day of May, 2008.

**/s/ G.C. Perry, III**