**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION**
**AT ASHLAND**
**CASE NO. 07-37-HRW**

**ELECTRONICALLY FILED**

**STANLEY MESSER PLAINTIFF**

**VS. NOTICE OF DISCLOSED INFORMATION**

**LIBERTY LIFE INSURANCE COMPANY DEFENDANT**

***************************

Heretofore the Plaintiff's expert witnesses has referred either in body or their reports or footnotes to certain cites of medical literature without copying the cited material which is available on the internet. However, on today's date, we received a motion filed by the Defendant indicating a lack of knowledge of this literature we have copied same and attach to the Defendant's copy of this notice, which attaches because of bulk we are having to transport by U.S. Mail. Also attached is information about state policemen who met the same pitfall.

**PERRY & MILLER**
**P.O. BOX 900**
**PAINTSVILLE, KY 41240**
**(606) 789-5395**

**BY /s/ G.C. Perry, III**

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing has this day been electronically filed and a copy mailed to Hon. Randall S. May, P.O. Drawer 1017, Hazard, KY 41702, on this the 2nd day of May, 2008.

**/s/ G.C. Perry, III**