**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION**
**AT ASHLAND**
**CASE NO. 07-37-HRW**

**ELECTRONICALLY FILED**

**STANLEY MESSER** **PLAINTIFF**

**VS. MOTION TO STRIKE NOTICES TO TAKE DEPOSITION OF DR. EDWARD BARBIERI IN PENNSYLVANIA ON MAY 29, 2008 AND OF DIANE NIELSEN ON JUNE 17, 2008 IN COLUMBUS, OHIO**

**LIBERTY LIFE INSURANCE COMPANY** **DEFENDANT**

**************************

Comes the Plaintiff and moves the Court to strike the notice to take depositions of Dr. Edward J. Barbieri and of Diane Nielsen on the 29th of May, 2008, and June 17, 2008.

As grounds for this motion, the Plaintiff refers to this Court's order of August 2, 2007, which says among other things that no later than January 1, 2008, counsel for the Defendant shall disclose the identity of expert witnesses who may be used at the trial and written reports of the expert witnesses is required by Rule 26.82. The defense made no such disclosure and in fact these two peoples names were first mentioned in the notices to take depositions just received. The same order says that no later than March 1, 2008, counsel for the parties shall complete all discovery.

While the notices do not specify the purpose for which the deposition was being taken other than it was taken pursuant to the Rules of Civil Procedure, assuming it was for discoverable purposes, it comes too late and if its for other purposes, these would be witnesses are not witnesses that would be exempt from appearing personally in Court.

**PERRY & MILLER**
**P.O. BOX 900**
**PAINTSVILLE, KY 41240**
**(606) 789-5395**

**BY /s/ G.C. Perry, III**

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing has this day been electronically filed and a copy mailed to Hon. Randall S. May, P.O. Drawer 1017, Hazard, KY 41702, on this the 8th day of May, 2008.

**/s/ G.C. Perry, III**