LAW OFFICES
BARRET, HAYNES, MAY, & CARTER
113 LOVERN STREET
POST OFFICE DRAWER 1017
HAZARD, KENTUCKY 41702
(606) 436-2165
FAX (606) 439-1450

MAXWELL P. BARRET (1918-1988)
HOOVER HAYNES, EMERITUS
RANDALL SCOTT MAY
RALPH D. CARTER

July 9, 2007

Perry, Miller & Gearheart
Post Office Box 900
Paintsville, Kentucky 41240

Attn: Hon. G. Chad Perry, III

Re: Stanley Messer vs.
Liberty Life Insurance Company

Dear Chad:

I think everyone would like to get to the bottom of the BA testing and results. Along those lines, I have found out that the Ohio Crime Lab still has Ms. Messer's blood sample, but will only release it pursuant to a court order.

As you know, I have been in touch with Dr. George Nichols whom I am sure you are well aware of and he can take the lead in obtaining the sample and having it tested at a certified toxicology lab. Please let me know if you will agree to enter into an agreed order for that to be done. On the other hand, if you have another lab in mind, let me know that as well. Of course, I think we both will agree that any lab needs to be of the utmost reputation and certification for such purposes.

Yours very truly,

BARRET, HAYNES, MAY & CARTER, P.S.C.

Randall Scott May
RSM/dah cc: Mr. Chris Jefferson