LAW OFFICES
BARRET, HAYNES, MAY, & CARTER
113 LOVERN STREET
POST OFFICE DRAWER 1017
HAZARD, KENTUCKY 41702
(606) 436-2165
FAX (606) 439-1450

MAXWELL P. BARRET (1918-1988)
HOOVER HAYNES, EMERITUS
RANDALL SCOTT MAY
RALPH D. CARTER

August 8, 2007

Perry, Miller & Gearheart
Post Office Box 900
Paintsville, Kentucky 41240

Attn: Hon. G. Chad Perry, III

Re: Stanley Messer vs.
Liberty Life Insurance Company

Dear Chad:

I still have not heard back from you regarding further testing of the blood sample. Please advise your thoughts on this.

Yours very truly,

BARRET, HAYNES, MAY & CARTER, P.S.C.

Randall Scott May
RSM/dah