Case: 0:07-cv-00037-HRW Doc #: 32-4 Filed: 05/09/08 Page: 1 of 2 - Page ID#: 162

Expedia

Welcome - Already a member? Sign in
My Itineraries | My Account | Customer Support | Feedback
Search Expedia Go

Home Flights Hotels Cars Vacation Packages Cruises Activities Deals & Destinations Maps Business Travel Rewards

Getting Started
Find a Map
Get Driving Directions
My Maps & Routes

Travel Resources
LOW FARES from Huntington
$455 to Atlanta
$375 to Las Vegas
$367 to Orlando
HOTELS in Willow Grove
Choose a different city
CAR RENTALS in Philadelphia
GUIDE for Philadelphia

QUESTIONS?
Maps FAQ's
Need help with Maps?

# Search Results

**From:** 1405 Greenup Ave, Ashland, KY, 41101-7542
**To:** 3701 Welsh Rd, Willow Grove, PA, 19090-2910

Print this route Save this route E-mail this route




ZOOM LEVEL
MAP MOVER
Hide label
Small - 296x240

| Directions | Distance | Time |
|---|---|---|
| **Start:** Depart Start on US-23 [US-60] (West) | 0.3 | < 1min |
| **1:** Turn LEFT (South) onto US-60 [10th St] | 0.1 | < 1min |
| **2:** Turn LEFT (East) onto US-60 [Winchester Ave] | 0.2 | < 1min |
| **3:** Turn LEFT (North-East) onto US-60 | 0.5 | 0:01 |
| Entering Ohio | | |
| **4:** Take Local road(s) (RIGHT) onto US-52 (US-52) | 10.8 | 0:11 |
| **5:** Keep RIGHT onto Ramp (US-52 / I-64 / US-60 / Huntington W VA) | 0.3 | 0:01 |
| **6:** Road name changes to US-52 | 1.3 | 0:01 |
| Entering West Virginia | | |
| **7:** Take Ramp (LEFT) onto I-64 (I-64 / Huntington / Charleston) | 52.2 | 0:45 |
| **8:** Rehabilitation between Milton and South Charleston (EB) (November 1, 2007 - May 29, 2008) | < 0.1 | < 1min |
| **9:** Take Local road(s) onto I-77 (I-77 / I-79 / Parkersburg) | 1.9 | 0:02 |
| **10:** Keep RIGHT onto I-79 (I-79 / Clarksburg) | 148 | 2:05 |
| **11:** At exit 148, take Ramp (RIGHT) onto I-68 (I-68 / Cumberland) | 78.2 | 1:08 |
| Entering Maryland | | |
| **12:** At exit 46, turn RIGHT onto Ramp (US-220 / Bedford) | 0.1 | < 1min |
| **13:** Turn LEFT (East) onto US-220 [SR-144] | 0.3 | < 1min |
| **14:** Turn LEFT (North) onto US-220 | 29.7 | 0:30 |
| Entering Pennsylvania | | |
| **15:** At exit 1, keep RIGHT onto Ramp (I-70 / I-76 / Pennsylvania Turnpike Toll Road / Pittsburg / Harrisburg) | 0.5 | 0:01 |
| **16:** Keep RIGHT to stay on Ramp (I-70 / I-76 / Pennsylvania Turnpike / Bedford) | < 0.1 | < 1min |
| **17:** Bear RIGHT (South) onto US-220 Bus | 0.2 | < 1min |
| **18:** Keep RIGHT onto Ramp | 0.2 | < 1min |
| **19:** Keep LEFT to stay on Ramp (I-76 / I-70 / Harrisburg / Exits 12-39) | 0.4 | 0:01 |
| **20:** *Toll road* Merge onto I-70 [I-76] | 15.4 | 0:13 |
| **21:** *Toll road* At exit 161, road name changes to I-76 [Pennsylvania Tpke] | 165 | 2:28 |
| **22:** *Toll road* At exit 326, road name changes to I-276 [Pennsylvania Tpke] | 16.6 | 0:17 |
| **23:** At exit 343, turn RIGHT onto Ramp (Pa-611 / Doylestown / Jenkintown) | 0.7 | 0:01 |
| **24:** Keep LEFT to stay on Ramp (US-611 / Willow Grove / Jenkintown / Abington) | 0.4 | 0:01 |
| **25:** Turn RIGHT (West) onto Maryland Rd | 0.6 | 0:02 |
| **26:** Turn LEFT (South-West) onto Computer Ave | 0.5 | 0:02 |
| **27:** Turn LEFT (South-East) onto SR-63 [Welsh Rd] | 0.1 | 0.01 |

Expedia

Welcome - Already a member? Sign in
My Itineraries | My Account | Customer Support | Feedback
Search Expedia Go

Home Flights Hotels Cars Vacation Packages Cruises Activities Deals & Destinations Maps Business Travel Rewards

Getting Started
Find a Map
Get Driving Directions
My Maps & Routes

Travel Resources
LOW FARES from Huntington
$455 to Atlanta
$375 to Las Vegas
$367 to Orlando
HOTELS in Columbus
Choose a different city
CAR RENTALS in Columbus
GUIDE for Columbus

QUESTIONS?
Maps FAQ's
Need help with Maps?

## Search Results

**From:** 1405 Greenup Ave, Ashland, KY, 41101-7542
**To:** 1583 Alum Creek Dr, Columbus, OH, 43209-2713

Print this route Save this route E-mail this route




Hide label

Small - 296x240

| Directions | Distance | Time |
|---|---|---|
| **Start:** Depart Start on US-23 [US-60] (West) | 0.3 | < 1min |
| **1:** Turn LEFT (South) onto US-60 [10th St] | 0.1 | < 1min |
| **2:** Turn LEFT (East) onto US-60 [Winchester Ave] | 0.2 | < 1min |
| **3:** Turn LEFT (North-East) onto US-60 | 0.5 | 0:01 |
| Entering Ohio | | |
| **4:** Bear LEFT (North-West) onto US-52 | 24.5 | 0:24 |
| **5:** Keep RIGHT onto Ramp | 0.2 | < 1min |
| **6:** Turn RIGHT (North-East) onto SR-140 | 2.2 | 0:02 |
| **7:** Turn LEFT (North) onto CR-15 [Dixon Mill Rd] | 1.5 | 0:02 |
| **8:** Keep STRAIGHT onto SR-335 | 7.6 | 0:09 |
| **9:** Keep LEFT onto CR-23 [Piketon Rd] | 4.7 | 0:05 |
| **10:** Road name changes to Piketon Rd | 0.3 | 0:01 |
| **11:** Road name changes to CR-66 [Germany Rd] | 0.2 | 0:01 |
| **12:** Turn LEFT to stay on CR-66 [Germany Rd] | 7.8 | 0:08 |
| **13:** Turn LEFT (West) onto SR-124 [SR-32] | 1.4 | 0:02 |
| **14:** Turn RIGHT (North) onto CR-81 [Schuster Rd] | 0.5 | 0:02 |
| **15:** Keep STRAIGHT onto SR-220 | 4.0 | 0:05 |
| **16:** Bear RIGHT (North) onto SR-220 [Bridge St] | 1.0 | 0:02 |
| **17:** Bear RIGHT (North-East) onto SR-220 [W 3rd St] | 0.1 | < 1min |
| **18:** Turn LEFT (North-West) onto SR-220 [S Market St] | 0.1 | < 1min |
| **19:** Keep STRAIGHT onto SR-220 [N Market St] | 0.1 | < 1min |
| **20:** Bear RIGHT (North-East) onto US-23 [SR-104] | 14.6 | 0:16 |
| **21:** Take Ramp onto US-23 [US-35] | 6.9 | 0:07 |
| **22:** Take Ramp (RIGHT) onto US-23 (Oh-207) | 32.5 | 0:34 |
| **23:** Keep STRAIGHT onto US-23 [S High St] | 0.7 | 0:01 |
| **24:** Keep STRAIGHT onto US-23 | 0.1 | < 1min |
| **25:** Keep STRAIGHT onto US-23 [S High St] | 2.4 | 0:03 |
| **26:** Take Ramp (RIGHT) onto SR-104 (Oh-104 / Frank Rd East) | 3.2 | 0:03 |
| **27:** Turn RIGHT onto Ramp (Alum Creek Dr) | 0.3 | < 1min |
| **28:** Turn LEFT (East) onto Performance Way | 0.1 | < 1min |
| **29:** Turn LEFT (North) onto Alum Creek Dr | 1.6 | 0:03 |
| **End:** Arrive End | < 0.1 | < 1min |
| **Total Route** | **119 mi** | **2 hrs 12 mins** |

See a list of hotels in Columbus

Select an option